| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar # 151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | BRANDON J. BUCHNER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-mj-00297-001 SMS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | Date:  August 13, 2009 |
| BRANDON J. BUCHNER, | Time:  10:00 A.M. |
| | Dept :  Hon. Sandra M. Snyder |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for July 23, 2009, **may be continued to August 13, 2009 at 10:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and further plea negotiation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: July 16, 2009        /s/ Laurel Jackson Montoya
                             LAUREN JACKSON MONTOYA
                             Assistant United States Attorney
                             Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 16, 2009        /s/ Rachel W. Hill
                             RACHEL W. HILL
                             Assistant Federal Defender
                             Attorney for Defendant
                             BRANDON J. BUCHNER

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: July 17, 2009

      /s/ Gary S. Austin
Gary S. Austin, Magistrate Judge
United States District Court